UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                CASE NO:      3:01-cr-251-J-25-TEM

MICHAEL HOOVER

_____/

## DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW the Defendant, by and through undersigned counsel, and, pursuant to Fed.R.Crim.P. 32.1(c) and 18 U.S.C. §3563(c), hereby moves the Court to enter its Order modifying, reducing and terminating the Defendant's probation, and in support thereof, the Defendant states as follows:

1. On September 18, 2002, the Defendant was placed on probation for three (3) years. Dkt. 1396.

2. The Defendant has remained in full compliance with all the conditions of probation.

3. Continuing the Defendant on probation is no longer warranted or necessary, in light of the decision of the United States Court of Appeals for the Eleventh Circuit in the case of certain former codefendants in this case, *United States v. Chandler*, 388 F.3d 796 (11th Cir. 2004). Indeed, given the relief granted to the trial defendants in that case, justice would be served by modifying, reducing and terminating the Defendant's probation.

4. Moreover, granting this motion would further enhance this Court's authority and jurisdiction to grant Defendant's Petition for Writ of Habeas Corpus and Coram Nobis. Dkt. 1963. Although the merits of this motion exist independent of that Petition, jurisdictional impediments

likely to be asserted by the government as to the Petition would be rendered immaterial upon the termination of probation, thus affording this Court even clearer authority to grant the Petition, should the Court be so inclined.

WHEREFORE, the Defendant respectfully requests the Court to enter an Order terminating the Defendant's probation.

Respectfully submitted,
**FALLGATTER & FARMAND, P.A.**

_____
Curtis S. Fallgatter, Esq.
Florida Bar No: 0213225
200 East Forsyth Street
Jacksonville, Florida 32202
(904) 353-5800 Telephone
(904) 353-5801 Facsimile

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to: Mark B. Devereaux, Esq., Assistant U.S. Attorney, Office of the United States Attorney, 300 N. Hogan St., Ste. 700, Jacksonville, FL 32202, this 14 day of February, 2005.

_____
ATTORNEY

98360

---

[1] Defendant respectfully submits that any such jurisdictional objections will be unfounded.

2