Original Transcript

FILED

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
Jacksonville, Florida
        Plaintiff,

vs.                         Case No. 3:01-cr-251-J-25TEM

MICHAEL HOOVER,
        Defendant.

## TRANSCRIPT OF CHANGE OF PLEA

### BEFORE THE HONORABLE THOMAS E. MORRIS

### UNITED STATES MAGISTRATE JUDGE

September 28, 2001
12:05 p.m.

Courtroom No. 6

Misty L. Graham

(Proceedings reported by microprocessor stenography;
transcript produced by computer.)



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:   800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,        Jacksonville, Florida

       Plaintiff,        Case No. 3:01-cr-251-J-25TEM

    vs.        September 28, 2001

MICHAEL HOOVER,        Courtroom No. 6

      Defendant.

------------------------------

TRANSCRIPT OF CHANGE OF PLEA
BEFORE THE HONORABLE THOMAS E. MORRIS
UNITED STATES MAGISTRATE JUDGE

GOVERNMENT COUNSEL:

   MARK DEVEREAUX
   Assistant United States Attorney

DEFENSE COUNSEL:

   BRIDGETTE BOYLE

Court Reporter:
   Misty L. Graham

(Proceedings reported by microprocessor stenography;
transcript produced by computer.)



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

2

Change of Plea Hearing Before the

Honorable Thomas E. Morris

September 28, 2001

THE COURT:  Mr. Hoover, I'm going to have you placed under oath before I ask you some questions.

THE CLERK:  Do you solemnly swear that all the statements that you're about to make in the case now before the court will be the truth, the whole truth, and nothing but the truth, so help you God?

MR. HOOVER:  I do.

THE CLERK:  Thank you.

THE COURT:  Mr. Hoover, it's my understanding that you wish to plead guilty to count one of the indictment?

THE DEFENDANT:  That's correct.

THE COURT:  It's your right to plead guilty, but before I can accept a plea of guilty, I have to find your plea is made freely and voluntarily, and that there is a factual basis for it.  If you don't understand any of the questions I'm asking, just raise your hand or indicate, and we'll explain until you do understand.

And you also may talk privately with your attorney anytime you wish to.  I'll give you a



**ACCURATE REPORTING SERVICE**
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

Case 3:01-cr-00251-HLA-MCR   Document 1997   Filed 02/14/05   Page 4 of 41 PageID 14456
Change of Plea Hearing - September 28, 2001

3

1    recess or let you confer privately for a minute if

2    you need to.  You understand all those things?

3              THE DEFENDANT:  Yes, sir.

4              THE COURT:  You have taken an oath to tell

5    the truth, and I will ask a lot of questions today.

6    If you knowingly and intentionally tell any lies or

7    leave anything important out, your testimony could

8    be used against you in a prosecution for perjury or

9    making a false statement which also are felonies.

10   Furthermore, your testimony could be used against

11   you later if you should challenge the taking of the

12   plea, the judgment, the conviction, or the sentence

13   either in a direct appeal or in a collateral

14   proceeding down the road.

15             Now, I'm a magistrate judge.  You have a

16   right to have your plea taken by a district judge,

17   which would be Judge Adams in this case if you wish,

18   or you may consent to have me take your plea.  If

19   you consent to have me take your plea, Judge Adams

20   still must decide whether to accept the plea and, if

21   so, he'll be the judge who imposes sentence in the

22   case.

23             So do you understand your right to have a

24   district judge take your plea?

25             THE DEFENDANT:  Yes, sir.



Telephone: 904.355.8416
Toll Free:   800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1        THE COURT:  And you understand by allowing

2    me to take your plea you're waiving that right?

3        THE DEFENDANT:  Yes, sir.

4        THE COURT:  And you have previously signed

5    this notice, is that correct?

6        THE DEFENDANT:  Yes, sir.

7        THE COURT:  All right.  I'll be glad to

8    take your plea today.

9        Now, I've asked you all the questions

10   earlier today.  I won't repeat those unless

11   Ms. Boyle wants me to about your age and all of your

12   background and your medications.

13       MS. BOYLE:  I don't think it needs to be

14   repeated.

15       THE COURT:  And I had you listen as I was

16   arraigning the other defendants when I went over

17   with them the various rights that you have if you

18   maintain a not guilty plea:  The right to a trial,

19   the presumption of innocence, the right to call

20   witnesses and have your lawyer with you throughout,

21   and not to incriminate yourself.  You understand all

22   those rights?

23       THE DEFENDANT:  Yes, sir.

24       THE COURT:  Ms. Boyle, is there any need

25   for me to go over all those again either?



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1        MS. BOYLE:  There's not a need, Your

2    Honor.

3        THE COURT:  Now, if you do plead guilty

4    today, there will be no further trial of any kind.

5    The only thing that would remain would be the

6    preparation of a presentence report and then the

7    sentencing hearing.  Basically on your plea the

8    court would within a few days find you guilty and

9    convict you, most likely.

10       THE DEFENDANT:  Yes, sir.

11       THE COURT:  Do you understand that?

12       THE DEFENDANT:  Yes, sir.

13       THE COURT:  So a plea of guilty admits the

14   truth of the charge, where a plea of not guilty

15   denies the charge.  By pleading guilty, you waive

16   and give up your right to trial and all the other

17   rights that I mentioned earlier today that you would

18   maintain, like the other defendants did, if you

19   enter a not guilty plea.

20       Also, if you have any defenses to these

21   charges, you waive and give them up by pleading

22   guilty.  In other words, you cannot challenge the

23   way the United States obtained the evidence in the

24   case or the confession, if there was one, and

25   basically you give up your right to challenge all of



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:   800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

Case 3:01-cr-00251-HLA-MCR   Document 1997   Filed 02/14/05   Page 7 of 41 PageID 14459
Change of Plea Hearing - September 28, 2001

6

1    that evidence if you plead guilty.  Do you
2    understand that?

3            THE DEFENDANT:  Yes, sir.

4            THE COURT:  You also may lose the right to
5    challenge on appeal any rulings the court might have
6    made in the case or has made in the case.  And I
7    will cover the waiver of appeal in your plea
8    agreement later, but basically you waive and give up
9    your right to challenge things by pleading guilty.

10           THE DEFENDANT:  Yes, sir.

11           THE COURT:  This is a felony charge.  You
12   will lose certain civil rights that you have, such
13   as the right to vote or hold public office, to serve
14   on juries, and to own and possess firearms.  And it
15   also may prevent you from obtaining or keeping
16   certain occupational licenses.  Do you understand
17   that?

18           THE DEFENDANT:  Yes, sir.

19           THE COURT:  Now, in federal court,
20   Congress has enacted through a Sentencing Commission
21   certain sentencing guidelines that apply that
22   determine the severity of the case, by the charge,
23   by the offense occurring in the case, and by the
24   person's criminal history background, if there is
25   any.  I'm not going to go over those in detail, but



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

Case 3:01-cr-00251-HLA-MCR   Document 1997   Filed 02/14/05   Page 8 of 41 PageID 14460
Change of Plea Hearing – September 28, 2001

7

1    have you discussed the guidelines with your

2    attorney?

3              THE DEFENDANT:  Yes, sir.

4              THE COURT:  Basically the court cannot

5    determine what guideline range you will have until

6    after a presentence report has been prepared by the

7    probation office.  Your attorney may well have given

8    you an estimated range that your sentence might be

9    within, and I'm sure that she's done a good job at

10   that.  She's experienced.  She may well be accurate,

11   but there's no way to determine with finality at

12   this point is the important thing.  You do

13   understand that?

14             THE DEFENDANT:  Yes, sir.

15             THE COURT:  Even after the guideline range

16   has been determined, the district judge must

17   consider those guidelines and usually will impose

18   sentence within them.  But he can depart and impose

19   a sentence either more severe or less severe under

20   some circumstances.  And if he does that, he has the

21   authority to do that.

22             THE DEFENDANT:  Yes, sir.

23             THE COURT:  In some circumstances the

24   United States may appeal the sentence imposed and

25   ask the higher court to order the district court to



Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1    go back and sentence at a higher level or on a

2    different basis.

3           There is no parole.  It has been

4    abolished.  And so if you are sentenced to prison,

5    you will not be released on parole.  As I indicated,

6    the actual sentence imposed may be different than

7    the estimated sentence your attorney has given you.

8    And if your sentence is more severe, you will not be

9    allowed to withdraw your plea.  Do you understand

10   that?

11          THE DEFENDANT:  Yes, sir.

12          THE COURT:  Now, you received a copy of

13   the indictment previously in Wisconsin, I assume?

14          THE DEFENDANT:  Yes, sir.

15          THE COURT:  And you heard it summarized

16   earlier today when these other defendants were being

17   arraigned.  Basically it charges one count of

18   conspiracy to commit mail fraud that you and the

19   other 20 individuals named and other persons

20   unnamed, conspired to defraud McDonald's and the

21   Simon Corporation by fraud, basically by conspiring

22   to commit mail fraud.

23          That particular charge has certain

24   elements.  Those are that two or more persons in

25   some way or manner came to a mutual understanding to



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

Case 3:01-cr-00251-HLA-MCR   Document 1997   Filed 02/14/05   Page 10 of 41 PageID 14462
Change of Plea Hearing - September 28, 2001

9

1    try to accomplish a common and unlawful plan, in
2    other words, to commit mail fraud as charged.
3    Secondly, that knowing the unlawful purpose of that
4    plan, you willfully joined in it.  Third, that one
5    of the conspirators during the existence of the
6    conspiracy knowingly committed at least one of the
7    overt acts of 90-some that were listed.  And, last,
8    that that overt act was knowingly committed at or
9    about the time alleged in an effort to carry out the
10   conspiracy.  Do you understand those elements?
11            THE DEFENDANT:  Yes, sir.
12            THE COURT:  And you understand the nature
13   of the charge against you?
14            THE DEFENDANT:  Yes, sir.
15            THE COURT:  Ms. Boyle, is there any need
16   to go in more detail on the charge?
17            MS. BOYLE:  No, sir.
18            THE COURT:  Now, the maximum penalties to
19   count one, as you heard earlier today, are a
20   sentence of up to five years in jail -- in prison, a
21   $250,000 fine, or both.  There's a $100 special
22   assessment.
23            There's a term of supervised release that
24   would be imposed if any imprisonment were imposed.
25   And that could be up to three years.  During that



**ACCURATE REPORTING SERVICE**
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

Case 3:01-cr-00251-HLA-MCR   Document 1997   Filed 02/14/05   Page 11 of 41 PageID 14463
Change of Plea Hearing - September 28, 2001

10

1     period of supervised release, if you violated any

2     federal, state or local statute or if you violate

3     any special conditions the court might impose, such

4     as using drugs, things of that nature, you could be

5     violated and the court could send you back to jail

6     for up to two years at that point.  You understand

7     that?

8           THE DEFENDANT:  Yes, sir.

9           THE COURT:  There is a forfeiture

10    provision as Mr. Devereaux mentioned.  And is there

11    a specific amount of forfeiture in his case?

12          MR. DEVEREAUX:  No, Your Honor.

13    Mr. Hoover was a winner.  He never received any

14    money from McDonald's, so it's probably irrelevant

15    as to --

16          THE COURT:  And also as to restitution,

17    you don't believe there's any restitution in his

18    case?

19          MR. DEVEREAUX:  No restitution.

20          THE COURT:  So do you understand then the

21    possible penalties that could be imposed against

22    you?

23          THE DEFENDANT:  Yes, sir.

24          THE COURT:  Now, do you have any questions

25    about what I've explained so far?



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:   800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1      THE DEFENDANT:  No, sir.

2      THE COURT:  If you want to pull up chairs

3  and sit down, you may do so as long as the court

4  reporter can see your faces.

5      MS. BOYLE:  It's fine, Judge.

6      THE COURT:  If you fully understand all

7  those matters -- and do you understand there have

8  been discussions now between your attorney,

9  Ms. Boyle, and the attorney for the United States,

10  Mr. Devereaux, which have resulted in a written plea

11  agreement?

12      THE DEFENDANT:  Yes, sir.

13      THE COURT:  Aside from -- and I'm going to

14  show you this in a minute and have you look at it

15  again.  But aside from what's contained in this plea

16  agreement, are you relying upon any other promises

17  or understandings between you or your attorney and

18  the United States in pleading guilty?

19      THE DEFENDANT:  No.

20      THE COURT:  I'll pass this down and have

21  you verify that you've looked at every page and what

22  page you've signed on.

23      THE DEFENDANT:  Yes, sir.

24      THE COURT:  You've signed on what page?

25      THE DEFENDANT:  13, I believe.



Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Case 3:01-cr-00251-HLA-MCR   Document 1997   Filed 02/14/05   Page 13 of 41 PageID 14465
Change of Plea Hearing - September 28, 2001

12

1          THE COURT:   And, Ms. Boyle, you also

2     signed?

3          MS. BOYLE:   I did, Your Honor, on page 13.

4          THE COURT:   And, Mr. Devereaux, is that

5     your signature on page 13?

6          MR. DEVEREAUX:   It is, Your Honor.  Also I

7     apologize for the corrections.  I'm not very good at

8     copying and pasting and cutting, as that's clearly

9     obvious, I guess, looking at that document now.  But

10    I'll blame it on my secretary because she's leaving

11    today.  So the next one will probably be worse since

12    I'll do all of it.  I'm just warning the court.

13         THE COURT:   Give me one second.  I'm going

14    to sign these bonds.

15         MS. BOYLE:   Judge, while you're doing

16    that, for the record, I was present when Mr. Hoover

17    initialed and signed the plea agreement.

18         THE COURT:   Okay.  Mr. Hoover, did you

19    read every page, every word in that plea agreement

20    before you signed it?

21         THE DEFENDANT:   Yes.

22         THE COURT:   It is obviously a very

23    important legal document to you.  Do you understand

24    it fully?

25         THE DEFENDANT:   Yes, sir.



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:   800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1        THE COURT:  Do you have any questions
2   about it at all?

3        THE DEFENDANT:  No, sir.

4        THE COURT:  I'm going to go over certain
5   provisions that are in it, not all of them, but
6   certain ones.  There is a waiver of appeal in it.
7   And ordinarily a person convicted in a felony case
8   has a right of appeal of the judgment or sentence on
9   any ground that they see fit.

10       You may waive and give up that right, and
11  in this case the only grounds that you would be
12  allowed to appeal on would be -- and by "appeal" I
13  mean directly or collaterally down the road in a
14  habeas corpus proceeding -- would be an upward
15  departure by the sentencing judge, a sentence above
16  the statutory maximum, or a sentence in violation of
17  the law apart from the sentencing guidelines.

18       The safety valve provisions are not
19  applicable in this type of case.

20       MR. DEVEREAUX:  They are not, Your Honor.

21       THE COURT:  Fourth reason would be if the
22  United States exercises the right of appeal, then
23  you would be released from your waiver and you could
24  appeal also.  Except for those four conditions,
25  you're waiving and giving up your right of appeal.



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1          THE DEFENDANT:  Yes, sir.

2          THE COURT:  Do you understand that?

3          THE DEFENDANT:  Yes, sir.

4          THE COURT:  And are you entering that

5     provision freely and voluntarily?

6          THE DEFENDANT:  Yes, sir.

7          THE COURT:  Now, there are provisions in

8     here where the United States is making certain

9     recommendations.  Count one is the only count in his

10    charge, is that correct?

11         MR. DEVEREAUX:  Correct, Your Honor.

12         THE COURT:  But the United States is

13    agreeing not to charge you on any other offense that

14    they might know about that relates to this.  The

15    United States or the district court may accept a

16    plea that involves dismissal of charges or an

17    agreement not to bring other charges only if it

18    finds that the remaining count you are pleading to

19    adequately reflects the seriousness of your actual

20    offense behavior, and that accepting the agreement

21    will not undermine the statutory purposes of

22    sentence.

23         In this case the conspiracy charge, I see

24    no problem with that, but it is the district judge's

25    decision, you understand that?



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:   800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1    THE DEFENDANT:  Yes, sir.

2    THE COURT:  And the United States is
3    making certain recommendations in here, and that are
4    that you receive a three-level downward adjustment
5    for acceptance of responsibility.  And, secondly,
6    that you receive a sentence at the low end of the
7    guideline range that is determined to be applicable
8    to you.  I believe those are the only two.

9    Both of those -- the important thing is
10   both of those are recommendations only.  And even
11   though the United States will make those to the
12   district court, if the district court, for whatever
13   reason, decides not to accept those, you would not
14   be allowed to withdraw from your plea.  Do you
15   understand that?

16   THE DEFENDANT:  Yes, I do.

17   THE COURT:  Now, there is a provision
18   indicating that you are cooperating and that you
19   have already cooperated enough that the United
20   States is agreeing to provide a two-level motion for
21   a downward departure for you.  And that is fine, and
22   they're agreeing to that in the plea agreement.  So
23   they will make that recommendation to the court.  It
24   still is up to the court whether to accept that
25   recommendation and, if so, how many levels of



Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1    departure to grant.  And those are matters that are

2    in the sole discretion of the court.  Do you

3    understand that?

4              THE DEFENDANT:  Yes, sir.

5              THE COURT:  Are there any other provisions

6    in the plea agreement that we need to cover?

7              MR. DEVEREAUX:  No, Your Honor.

8              THE COURT:  Again, do you have any

9    questions at all?

10             THE DEFENDANT:  No, sir.

11             THE COURT:  You're up-to-date on

12   everything?

13             Ms. Boyle, is there any reason he should

14   not be allowed to enter a plea at this time?

15             MS. BOYLE:  No, sir.

16             THE COURT:  How do you plead to count one

17   of the indictment, Mr. Hoover?

18             THE DEFENDANT:  Guilty.

19             THE COURT:  Are you pleading guilty

20   because you are guilty?

21             THE DEFENDANT:  Yes, sir.

22             THE COURT:  And you admit that you

23   committed the acts set forth in the charge?

24             THE DEFENDANT:  I do.

25             THE COURT:  And you understand that the



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

Case 3:01-cr-00251-HLA-MCR   Document 1997   Filed 02/14/05   Page 18 of 41 PageID 14470
Change of Plea Hearing - September 28, 2001

17

1   plea of guilty does admit the truth of the charge

2   against you?

3           THE DEFENDANT:  Yes, sir.

4           THE COURT:  I will now hear a profer of

5   facts from Mr. Devereaux.  And, again, you may sit

6   down if you wish to.  The factual basis isn't long,

7   but that's your decision.

8           MR. DEVEREAUX:  They'll be sitting on

9   their plane ride all the way home, so they'll

10  probably enjoy standing a little bit.

11          Your Honor, if this case were to proceed

12  to trial, the United States would prove the

13  following facts beyond a reasonable doubt, that the

14  McDonald's Corporation, McDonald's, is a

15  multinational corporation with its headquarters in

16  Oak Brook, Illinois.  There are more than 28,000

17  McDonald's restaurants around the world, of which

18  approximately 13,000 are located in the United

19  States.  Some McDonald's restaurants are owned and

20  operated by McDonald's subsidiaries and affiliates,

21  while some are operated under franchise agreements

22  between McDonald's and third parties.

23          In a cooperative advertising effort,

24  McDonald's restaurants in the United States and

25  certain other markets have sponsored promotional

Telephone: 904.355.8416
Toll Free:   800.322.8416
Facsimile:  904.355.6152
www.arsjax.com



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

Change of Plea Hearing - September 28, 2001

**18**

1   games in which customers of McDonald's restaurants

2   play to win prizes of up to one million dollars.

3        Simon Marketing, Incorporated, Simon, is

4   an international marketing company with its

5   headquarters in Los Angeles, California, and offices

6   in Atlanta, Georgia, area, among others.  Simon

7   contracted with McDonald's to conduct national

8   advertising and promotional programs.  These

9   marketing campaigns included "Monopoly Game at

10  McDonald's," "Hatch, Match, and Win," "When the USA

11  Wins, You Win," "The Deluxe Monopoly Game at

12  McDonald's," "The Monopoly and More Game at

13  McDonald's," "Disney's Masterpiece Collection Trivia

14  Challenge at McDonald's," "Who Wants to be a

15  Millionaire Game," "Win on the Spot," and "Pick your

16  Prize Monopoly."

17       In its consolidated national and

18  international advertising and marketing effort,

19  McDonald's operates its promotional games to attract

20  customers to McDonald's restaurants by providing

21  customers with an opportunity to win prizes ranging

22  from food products to prizes of up to one million

23  dollars.  Each of the promotional games have low-

24  value, mid-value and high-value prizes.

25       In order to win a prize, McDonald's



# ACCURATE REPORTING SERVICE
## OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:   800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1    customers must obtain a game piece which may be,

2    one, handed out at a restaurant either attached to

3    food paper products, such as french fry boxes and

4    drink cups, or unattached and handed out separately;

5    two, found in an advertising insert in a newspaper

6    or magazine; three, received by direct mail; or

7    four, obtained by requesting a piece through the

8    mail.

9         Customers have the opportunity to become

10   instant winners or winners by collecting specific

11   game pieces.  Low-value prizes include food items

12   and low-dollar cash prizes.  High-value prizes can

13   include vehicles, recreational vehicles and cash of

14   up to one million dollars.  Generally there are two

15   opportunities to win the one million dollar grand

16   prize:  One by obtaining the one million dollar

17   instant winning game piece, and one by collecting

18   certain game pieces.

19        In order to claim a high-value prize, the

20   winner must redeem the winning game piece with

21   Simon.  After receiving a winning game piece, Simon

22   confirms the legitimacy of the game piece and

23   notifies McDonald's.  Simon notifies the winners

24   and, with respect to certain high-value prizes,

25   McDonald's contacts the winners regarding possible



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1    promotional activity.  Payment of cash prizes of

2    less than one million is made in a single check.

3    Disbursement of one million dollars prizes is

4    generally made over 20-year period at a rate of

5    $50,000 per year.  However, the one million dollar

6    prize winner can elect to receive a single payment

7    of one million dollars reduced to present value.

8         The conspiracy.  Since the late 1980s,

9    winning high-value game pieces have been embezzled

10   from McDonald's and/or Simon by Jerome P. Jacobson,

11   an employee of Simon.  Jerome P. Jacobson, the

12   director of security for Simon, was personally

13   responsible for the security and integrity of the

14   McDonald's promotional games administered by Simon.

15        As part of his position with Simon,

16   Jacobson was entrusted with the security of the

17   winning high-value game pieces during the production

18   phase of the game pieces through and up to the point

19   where the game pieces were to be seeded, that is,

20   randomly placed into the market to be won by

21   McDonald's customers.

22        At some point during the production and/or

23   seeding of the game pieces, Jacobson embezzled

24   winning game pieces and distributed the game pieces

25   to other coconspirators who either personally



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1    redeemed the game pieces by fraudulently

2    representing themselves as legitimate winners, or

3    recruited other coconspirators who fraudulently

4    represented themselves as legitimate winners.

5          Over more than the next decade, Jacobson

6    continued to embezzle winning high-value game pieces

7    from McDonald's promotions.  There have been

8    numerous recruiters during the conspiracy including

9    Robin Colombo, Dwight Baker, Andrew Glomb, and

10    Richard Couturier.

11          The recruiters enlisted the assistance of

12    other individuals who fraudulently acted as winners,

13    and sometimes the winners assumed the role of

14    recruiter as well.  Dozens of individuals acted as

15    winners throughout the United States.

16          Winners generally receive the winning game

17    piece from their recruiters who had received the

18    game piece from Jacobson.  In return for the winning

19    game piece, Jacobson and the recruiter received a

20    portion of the winning game proceeds.  For example,

21    in return for the winning $200,000 game piece given

22    to Couturier, Jacobson typically received $60,000,

23    and Couturier also received a portion of the winning

24    game proceeds.

25          Although the payments to Jacobson would



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

Case 3:01-cr-00251-HLA-MCR   Document 1997   Filed 02/14/05   Page 23 of 41 PageID 14475
Change of Plea Hearing - September 28, 2001

22

1    generally be in cash, there were other methods used

2    to pay Jacobson, including direct payments to

3    Jacobson's financial obligation.  In certain

4    instances, the winning ticket was for an automobile.

5    Generally the automobile would be immediately sold

6    back to a dealer, or the cash component of the game

7    piece would be selected.  Additionally, when a one

8    million dollar prize was awarded, the winners often

9    elected to receive a single payment of one million

10   dollars reduced to present value.  A portion of the

11   one million dollar winnings was paid to Jacobson and

12   the recruiter.

13          The mail was used in many ways during this

14   conspiracy.  For instance, when an individual

15   claimed to be a winner, that individual was required

16   to sign a document attesting to the fact that they

17   were legitimate winners and no fraud was involved;

18   the winner then mailed that document to Simon using

19   the United States mails.  After receiving the

20   document, Simon or McDonald's would mail

21   fraudulently obtained promotional prize checks to

22   the winners using the United States mails.

23          Over the course of the conspiracy,

24   Jacobson embezzled more than 20 million dollars

25   worth of winning game pieces, of which ten million



Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1    was paid by McDoanld's to the winners.

2         Now, turning to page seven which --

3         THE COURT:  For the record, those next

4    paragraphs that are scratched out were duplicates of

5    earlier paragraphs, I believe, correct?

6         MR. DEVEREAUX:  Correct, Your Honor.  And

7    I have initialed them, and I believe Ms. Boyle has,

8    as well, attesting to my failure to appropriately

9    cut and paste.

10        MS. BOYLE:  Actually, Judge, Mr. Hoover

11   initialed it.

12        MR. DEVEREAUX:  Defendant's role.  Michael

13   L. Hoover claimed to be a one million dollar prize

14   winner on July 17, 2001.  Hoover was recruited by

15   his longtime friend, Andrew M. Glomb.  After a Super

16   Bowl party in 2001, while Glomb was taking Michael

17   L. Hoover to the airport in South Florida, Glomb

18   advised Hoover that he had a way that Hoover could

19   pick up some extra money.  Later Hoover and Glomb

20   had several telephone conversations regarding the

21   scheme to defraud McDonald's.

22        In mid-July 2001, Glomb arrived at

23   Hoover's residence in Westerly, Rhode Island.  Glomb

24   asked Hoover if he was sure that he wanted to go

25   through with it, and Hoover said yes.  Glomb had a



Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1    one million dollar instant winning ticket for the

2    then ongoing McDonald's promotion, "Pick Your Prize

3    Monopoly at McDonald's."

4         The agreement between Glomb and Hoover was

5    that Hoover would have to pay Glomb $200,000 for the

6    winning one million dollar ticket, which would be

7    split between Glomb and the original source of the

8    winning one million dollar ticket.

9         In mid-July 2001, Hoover contacted the

10   redemption center in California for the McDonald's

11   promotion.  Glomb was present in the room with

12   Hoover when --

13        THE COURT:  I don't have a page after

14   that.

15        MR. DEVEREAUX:  And I don't either.

16   That's not good.  We will see if I can find it.

17        THE COURT:  It ends in midsentence.  It

18   would be page eight, I believe if you have one.

19        MR. DEVEREAUX:  Page 8 and I'll probably

20   have to do page 9 from memory.

21        THE CLERK:  Do you have page 8?

22        MR. DEVEREAUX:  No, I don't have the other

23   pages for some reason.  It must have been eaten.

24        THE CLERK:  Would it be the same as

25   Mr. Fisher's?  I have extra copies of that.



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

Case 3:01-cr-00251-HLA-MCR   Document 1997   Filed 02/14/05   Page 26 of 41 PageID 14478
Change of Plea Hearing - September 28, 2001

25

1              THE COURT:  Ms. Boyle, have you seen a

2  copy with more language on it?

3              MS. BOYLE:  Your Honor, I have not.

4              MR. DEVEREAUX:  Okay.  Well, let me keep

5  going then.  I'll just do it orally and supplement

6  it.  At this point already we have sufficient facts.

7              THE COURT:  Okay.  You said in mid-July he

8  contacted the redemption center.

9              MR. DEVEREAUX:  Correct.  Once Mr. Glomb

10  contacted the redemption center, there was a call

11  placed to Mr. Glomb from the headquarters in Oak

12  Brook, Illinois, by Amy Murray.  The reason for the

13  contact was to ask Mr. Glomb -- excuse me,

14  Mr. Hoover whether or not he would agree to act or

15  take part in a promotional video.  Mr. Hoover agreed

16  to do so.  Thereafter, Amy Murray and McDonald's

17  marketing individual flew from Oak Brook, Illinois,

18  to Rhode Island.  Special agent Doug Matthews also

19  flew from Jacksonville to Rhode Island and another

20  FBI support personnel flew from Quantico, Virginia,

21  up to Rhode Island.

22              And at that point they went to

23  Mr. Hoover's residence and videotaped Mr. Hoover

24  claiming to be a one million dollar winner.

25  Mr. Hoover claimed to have been a winner through a



Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

Case 3:01-cr-00251-HLA-MCR   Document 1997   Filed 02/14/05   Page 27 of 41 PageID 14479
Change of Plea Hearing - September 28, 2001

26

1    People Magazine, and indicated that he had gone to

2    the beach one day, and when he was bending over to

3    wash himself off with some sand in the ocean that

4    the People Magazine that he had fell into the water.

5    Then he threw that People Magazine away.

6            On his way home he stopped off at a

7    grocery store where he claimed to have purchased

8    another People Magazine, then lo and behold that

9    magazine had in it an insert.  Within that insert

10   there was allegedly the winning instant winner game

11   piece that he claimed to have won, when in truth in

12   fact he had actually received that game piece from

13   Mr. Glomb at his residence.

14           Mr. Glomb had actually travelled to Rhode

15   Island from South Florida at some point.  Mr. Hoover

16   wasn't certain when, however, Mr. Glomb just showed

17   up and had the game piece with him.  Mr. Glomb was

18   present in Mr. Hoover's residence when Mr. Hoover

19   placed the phone call from his house to the

20   redemption center in California as well.

21           And so the United States would be able to

22   prove these facts because Mr. Hoover has been

23   cooperating with the government.  We can prove the

24   facts regarding his participating, of course, in the

25   promotional video because we have the promotional



Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

Change of Plea Hearing - September 28, 2001

27

1   video.  Additionally, there were phone calls that
2   were intercepted during the wiretap which clearly
3   indicated that Mr. Hoover had not legitimately
4   obtained the game piece and that he had taken part
5   in the fraud.  Mr. Hoover never received any
6   payments.  That is why there is no restitution due
7   and owing, and he has been cooperating since the
8   beginning.
9            THE COURT:  Mr. Hoover, is that what
10  happened?
11           THE DEFENDANT:  Yes, sir.
12           THE COURT:  Do you have any disagreement
13  with what he said happened?
14           THE DEFENDANT:  No, sir.
15           THE COURT:  I do find the factual basis
16  for the plea.  However, for the record we're going
17  to have to get this -- and I know Mr. Hoover and
18  Ms. Boyle are from out of state, so I don't want to
19  force them to come back for it.  What I propose, if
20  you're willing, is Mr. Devereaux can get that part
21  typed up again or get the entire part from
22  Defendant's role on down.
23           THE CLERK:  I just called his office and
24  spoke with Patrick who is going to get Donna to fax
25  over pages 8 and 9 to your factual basis.



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:   800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1        THE COURT:  We'll see if those come in
2   then while we're here still.  If not, what I'll have
3   you do is Mr. Devereaux can find them and mail them
4   to you and you can have Mr. Hoover sign them.  Each
5   of you can sign them --
6        MR. DEVEREAUX:  Since they're not in a
7   rush, they can walk with me over to my office, we
8   can get one and then bring it right back to the
9   court this afternoon.
10       THE COURT:  Well, again, I'm going to be
11  up in seminar this afternoon.
12       MR. DEVEREAUX:  At least it could be
13  signed, and I guess could -- if we could substitute
14  it before the -- you know, we could pull the staple
15  on those two pages.
16       THE COURT:  We'll work out something.  I
17  can take a recess if I have to to come down.
18       THE CLERK:  Do you need to see it or shall
19  I just accept it for you?
20       THE COURT:  Actually you can probably just
21  accept it as long as it comes in as an amendment to
22  the plea agreement.
23       MS. BOYLE:  We have no problem with that.
24  We'll waive any problems.  We'll just sign it and
25  have it attached.



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1    THE COURT:  Okay.  Now, you admit that's
2    what happened in the case, Mr. Hoover?

3    THE DEFENDANT:  Yes, sir.

4    THE COURT:  I do find that those facts
5    would give a factual basis.  I want to ask you some
6    questions that were contained also in the plea
7    agreement or stem from that.  As I indicated, the
8    United States has to prove those four elements, and
9    the court has to find that those elements are
10    completed in order to find the factual basis -- the
11    basis for the plea.

12    Do you admit that from early 2001 through
13    August 21, 2001, at Westerly, Rhode Island, and
14    elsewhere -- the elsewhere would include
15    Jacksonville, I presume?

16    MR. DEVEREAUX:  That also would conclude
17    South Florida, because the Super Bowl party that was
18    referenced at the beginning of the factual basis,
19    Mr. Hoover was down in South Florida and attended a
20    Super Bowl party with Mr. Glomb.  And when Mr. Glomb
21    was driving Mr. Hoover to the airport, that's when
22    Mr. Glomb first came up with a way, Hey, I think I
23    can help you get a little easy money basically.

24    THE COURT:  Okay.  Do you admit between
25    those dates, early 2001 and August 21, 2001, at



Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

Case 3:01-cr-00251-HLA-MCR   Document 1997   Filed 02/14/05   Page 31 of 41 PageID 14483
Change of Plea Hearing - September 28, 2001

30

1    Westerly, Rhode Island, and elsewhere you

2    participated in a common and unlawful scheme to

3    defraud by mail fraud the McDonald's Corporation of

4    money with Andrew Glomb and other persons as

5    charged?

6              THE DEFENDANT:  Yes, Your Honor.

7              THE COURT:  And did you knowingly and

8    willfully join in that unlawful plan?

9              THE DEFENDANT:  Yes, sir.

10             THE COURT:  Knowing it was unlawful?  Do

11   you admit that during the existence of the

12   conspiracy you committed at least one of the overt

13   acts in the indictment, and that on or about July 17

14   of 2001 you claimed to be a legitimate winner of a

15   one million dollar McDonald's promotional game,

16   "Pick your Prize at Monopoly"?

17             THE DEFENDANT:  Yes, sir.

18             THE COURT:  "Pick Your Prize Monopoly at

19   McDonald's"?

20             THE DEFENDANT:  Yes, sir.

21             THE COURT:  What overt act is that,

22   Mr. Devereaux?  Do you know offhand?

23             MR. DEVEREAUX:  I'll find it, Your Honor.

24             THE COURT:  Do you admit that you

25   committed that overt act, that that overt act was



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:   800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1    committed at or about the time alleged in an effort

2    to carry out some object of this conspiracy?

3              THE DEFENDANT:  Yes, sir.

4              THE COURT:  And do you admit that this

5    conspiracy, even though you may not have been in

6    Jacksonville, is properly venued in Jacksonville, as

7    part of the conspiracy occurred here?

8              THE DEFENDANT:  Yes, sir.

9              MR. DEVEREAUX:  The venue that we have on

10   Mr. Hoover is based upon that he was just part of

11   the overall team, and part of the team members

12   committed acts within our district.

13              Mr. Hoover's overt acts go from 75 to 78.

14   And 78 is the one that states:  On or about July 17

15   that Mr. Hoover claimed to be a legitimate winner of

16   a one million dollar prize in a McDonald's game

17   named "Pick your Prize Monopoly at McDonald's."

18              THE COURT:  I do find a factual basis for

19   the plea.  Mr. Hoover, is your decision to plead

20   free and voluntarily?

21              THE DEFENDANT:  Yes, sir.

22              THE COURT:  And is it your own decision?

23              THE DEFENDANT:  Yes, sir.

24              THE COURT:  Has anyone threatened you,

25   forced you, coerced you, or intimidated you in any



Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

Case 3:01-cr-00251-HLA-MCR   Document 1997   Filed 02/14/05   Page 33 of 41 PageID 14485
Change of Plea Hearing - September 28, 2001

32

1   way to get you to plead guilty?

2           THE DEFENDANT:  No, sir.

3           THE COURT:  Has anyone made any promises

4   or assurances to you of any kind to get you to plead

5   guilty other than what's contained in the plea

6   agreement?

7           THE DEFENDANT:  No, sir.

8           THE COURT:  And has anyone advised you the

9   court has already agreed to set a specific sentence

10  for you at this time?

11          MS. BOYLE:  I'm sorry, Judge, could you

12  repeat that.  I didn't understand that, and I don't

13  think Mr. Hoover did either.

14          THE COURT:  I may have left out a word.

15  Has anyone advised you the court has already agreed

16  to or has set a specific sentence that you'll

17  receive?

18          THE DEFENDANT:  Yes.

19          MS. BOYLE:  Judge, I explained to him that

20  I have not, nor has Mr. Devereaux, advised him that

21  the court is going to give him X as a sentence, that

22  the sentence needs to be determined by the court at

23  the appropriate time after the presentence report is

24  done.

25          THE COURT:  Let me ask him again.  Do you



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1   know what sentence you're going to get?  You may

2   know what you hope for, but do you know what

3   sentence the judge is actually going to give you?

4                THE DEFENDANT:  No, I do not.

5                THE COURT:  So there's been no promise

6   that you're going to get a certain sentence?

7                THE DEFENDANT:  No.

8                THE COURT:  And there's been no promise

9   that you'll receive a light sentence?

10               THE DEFENDANT:  No.

11               THE COURT:  Ms. Boyle and Mr. Devereaux --

12  or Ms. Boyle, as counsel for the defendant, do you

13  assure the court that as far as you know no

14  assurances, promises or understandings have been

15  given the defendant as to a disposition of his case?

16               MS. BOYLE:  I do assure the court that

17  nothing has been done as such.

18               MR. DEVEREAUX:  Yes, Your Honor.

19               THE COURT:  And, Mr. Devereaux, you make

20  the same assurance?

21               MR. DEVEREAUX:  Yes, Your Honor.

22               THE COURT:  Mr. Hoover, you're represented

23  by Ms. Boyle.  Are you satisfied with your lawyer

24  and the way she's represented you in this case?

25               THE DEFENDANT:  Yes, sir.



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1          THE COURT:  And have you had enough time

2     to talk with her?

3          THE DEFENDANT:  Yes, sir.

4          THE COURT:  Do you have any complaints

5     about the way you've been treated by anyone causing

6     you to plead guilty?

7          THE DEFENDANT:  No, sir.

8          THE COURT:  And you fully understand all

9     the rights and procedures you waive and give up by

10    pleading guilty today?

11         THE DEFENDANT:  Yes, sir.

12         THE COURT:  Have you told the truth today?

13         THE DEFENDANT:  Yes, sir.

14         THE COURT:  We're down at the end

15    basically, and having heard everything we discussed,

16    is it your final desire to plead guilty today?

17         THE DEFENDANT:  Yes, sir.

18         THE COURT:  Now, I am not the sentencing

19    judge, but is there anything else you think I should

20    know or any other questions you have before I

21    conclude?

22         THE DEFENDANT:  I don't believe so.

23         THE COURT:  Mr. Devereaux, are you

24    satisfied with the colloquy?

25         MR. DEVEREAUX:  Yes, Your Honor.



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:   800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1          THE COURT:  And, Ms. Boyle, are you
2    satisfied?

3          MS. BOYLE:  Yes, sir.

4          THE COURT:  And, Ms. Boyle, are you
5    satisfied your client knows what he's charged with,
6    that you've had sufficient time to counsel with him,
7    and that he's pleading guilty freely and voluntarily
8    with full knowledge of the consequences of his plea?

9          MS. BOYLE:  I do believe he is doing all
10   of those things, and this has been his desire since
11   the day I became involved.

12         THE COURT:  I do find that, Mr. Hoover,
13   you are now alert and intelligent, that you
14   understand the nature of the charge against you and
15   the possible penalties, and that you appreciate the
16   consequences of pleading guilty.  I also find the
17   facts which the United States is prepared to prove
18   and which by your plea of guilty you admit state all
19   of the essential elements of the offense to which
20   you have pleaded guilty.

21         And I further find that your decision to
22   plead guilty is freely, voluntarily, knowingly and
23   intelligently made, and you've had the advice and
24   counsel of a competent lawyer with whom you say you
25   are satisfied.



Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1    Do you agree with those findings?

2    THE DEFENDANT:  Yes, sir.

3    THE COURT:  I'll make a written report to

4    the district judge recommending that he accept your

5    plea, and I'll wait until I get the rest of the

6    factual basis before I make that written

7    recommendation.

8    MR. DEVEREAUX:  Yes, Your Honor.

9    THE COURT:  You then have up to ten days

10   to file any objections, of course, under the

11   standard rules.

12   Now, the next step, Mr. Hoover, will be a

13   presentence report prepared by the probation office.

14   And you'll be required to meet with the probation

15   office to give them information.  Ms. Boyle can be

16   with you.  I assume they may even want to even meet

17   briefly this afternoon with probation if they have

18   time.

19   MR. DEVEREAUX:  I can take him over there,

20   and then that would give me time to get the

21   documents.

22   THE COURT:  Otherwise I don't know if they

23   will have you come back down to meet with them or it

24   will be in Wisconsin or where exactly.  I'll leave

25   that up to probation, of course.  Anyhow, they will



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

1    start preparing the presentence report based on your
2    background, based on the offense, and based on your
3    criminal history, if any, and they will do
4    calculations of what they think the guidelines
5    should be based on all of that.  You'll get a chance
6    -- that will take them 55 to 75 days.  You'll get a
7    chance to look at that report, review it with your
8    attorney.  If there are any errors in it, it's
9    important that you point them out.  She knows how to
10   file a motion with probation or a letter to try to
11   get it changed.  If it's not changed, then the final
12   version comes out after that, and you may raise it
13   with the district court at sentencing and say the
14   objections you have.

15           You also will be given a chance to present
16   any mitigating evidence at the sentencing as well,
17   anything about your background that's good, that's
18   favorable to you that, you know, might make the
19   court look more kindly upon you, so to speak.

20           The sentencings now are running about 90
21   days altogether from the date of plea.  Of course,
22   based on what else goes on in the case, any
23   cooperation, it could be delayed further perhaps, I
24   don't know; but it will be at least that long, it
25   looks like.  Do you have any questions at all?



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

Change of Plea Hearing - September 28, 2001

38

1       THE DEFENDANT:  No, sir.

2       THE COURT:  All right.  Mr. Devereaux,
3   again, if you'll just get that part and make sure
4   all three of you have signed those pages on the
5   bottom, and my secretary will attach it as part of
6   the plea agreement.  If there's any objections, I'll
7   be glad to come back in court and meet with you on
8   it.

9       MS. BOYLE:  I don't think there's a
10  problem.

11      THE COURT:  If you can resolve them, just
12  add them.

13      MR. DEVEREAUX:  I will, Your Honor.  And
14  I'll take the defendant over to the probation
15  office, and then I think he also needs to go to the
16  marshal's.

17      MS. BOYLE:  And pretrial services would
18  like to see him too.

19      MR. DEVEREAUX:  We'll take care of that.

20      THE COURT:  He'll have time to do all of
21  that this afternoon.

22      MR. DEVEREAUX:  Thank you very much, Your
23  Honor.

24      MS. BOYLE:  Thank you, Judge.

25      THE COURT:  Nice meeting you, Ms. Boyle.



ACCURATE REPORTING SERVICE
OF JACKSONVILLE, INC.

Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

Case 3:01-cr-00251-HLA-MCR   Document 1997   Filed 02/14/05   Page 40 of 41 PageID 14492
Change of Plea Hearing - September 28, 2001

39

1          (The hearing was concluded at 12:45 p.m.)

2                  C E R T I F I C A T E

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Telephone: 904.355.8416
Toll Free:  800.322.8416
Facsimile:  904.355.6152
www.arsjax.com

ACCURATE REPORTING SERVICE
                OF JACKSONVILLE, INC.

2225 Bank of America Tower
50 North Laura Street
Jacksonville, FL 32202

```
 1                           CERTIFICATE

 2    UNITED STATES DISTRICT COURT  )

 3                                  )

 4    MIDDLE DISTRICT OF FLORIDA    )

 5

 6           I, Sandra Crowley, RMR, certify that I did via

 7    microprocessor stenography and audiotape backup edited

 8    Misty Graham's stenographic notes and produced the

 9    foregoing proceedings, and that the transcprit is a true

10    record thereof.

11

12

13

14

15

16

17

18

19

                        _____
                         Sandra Crowley, RMR
```