UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NOAH DWIGHT BAKER, SR.,
LINDA BAKER,
MIHCAEL L. BERRY,
STACY L. BREEGLE,
GLORIA BROWN,
DAROLD F. BROWNING,
RICHARD COUTURIER,
PATRICK DORAN,
MICHAEL L. HOOVER,
VICTOR E. MARCHITELLO,
ROBERT LLOYD PEARL,
BRENDA S. PHENIS,
ERIC POSNAN,
WILLIAM THOMAS,

    Petitioners,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO.   3:01-cr-251(S2)-J-25TEM

## ORDER

THIS CAUSE is before the Court on the United States' Motion for Permission to File a Combined Response to Petitioners' Post-Conviction Petitions (Dkt. 2012). Upon consideration, it is **ORDERED as follows:**

1. The United States' Motion for Permission to File a Combined Response to Petitioners' Post-Conviction Petitions (Dkt. 2012) is **DENIED in part and GRANTED in part.** The Government's request to file a combined response is **DENIED as moot.** This Court's January 7, 2005 Order consolidating the post-conviction petitions, permitted the Government to file a

consolidated [combined] response. *See* 3:04-cv-1329-J-25MCR, Dkt. 6. The Government's request to exceed the twenty (20) page limit is **GRANTED**. The Government's response in opposition shall not exceed forty (40) pages.

2. The Court's Order further directed the Government to file its response and all future pleadings relating to the post-conviction petitions under the lead case. 3:04-cv-1329-J-25MCR. Therefore, the Clerk is directed to strike the Government's Consolidated Response and Memorandum of Law in Opposition to the post-conviction petitions (Dkt. 2014) from the record herein. The Government is directed to re- file same in Case No. 3:04-cv-1329-J-25MCR.

**DONE AND ORDERED** this 7th day of March, 2005.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:
Counsel of Record