UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.     CASE NO.     3:01-cr-251-J-25MCR

**MICHAEL HOOVER**

_____

**O R D E R**

**THIS CAUSE** is before the Court on the Defendant's Motion for Early Termination of Probation (Dkt. 1992).   Upon consideration, it is

**ORDERED** that the Motion for Early Termination of Probation (Dkt. 1992) is **DENIED as moot**.   Defendant's probation expired September 16, 2005.

**DONE AND ORDERED** this 16th day of June, 2006.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:     Counsel of Record