IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-13088-G

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 7 2007
THOMAS K. KAHN
CLERK

FILED
2007 SEP 10 PM 3:43
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL L. HOOVER,

Defendant-Appellant.

Appeal from the United States District Court for the

Middle District Of Florida

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 7th day of September, 2007.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Walter Pollard
Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: Walter Pollard
Deputy Clerk
Atlanta, Georgia

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

September 07, 2007

Sheryl L. Loesch
Clerk, U.S. District Court
300 N HOGAN ST STE 9-150
JACKSONVILLE FL 32202-4271

**Appeal Number: 07-13088-G**
Case Style: USA v. Michael Hoover
District Court Number: 01-00251 CR-J-25MCR

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

Encl.

DIS-2 (03-2005)